UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JHONATHAN STEVEN CHIQUITO BARZOLA, on behalf of himself and others similarly situated,<br><br>*Petitioner-Plaintiff*,<br><br>v.<br><br>WARDEN, Delaney Hall Detention Facility Newark, NJ, et al.<br><br>*Respondents-Defendants*. | No. 2:25-cv-17326 (MEF)<br><br><u>ORDER</u> |

For reasons that have been explained in other cases, <u>see</u>, <u>e.g.</u>, <u>Mboup</u> v. <u>Field Off. Dir.</u>, 2025 WL 3062791 (D.N.J. Nov. 3, 2025), and discussed by the Respondents in this case, <u>see</u> Letter (ECF 7), the Court orders that the Petitioner be treated as if covered by Section 1226.

If there is not a bail hearing by tomorrow at 4:00pm, the Respondents shall explain why not.

IT IS on this 12th day of November, 2025, **SO ORDERED.**

───────────────────────────
Michael E. Farbiarz, U.S.D.J.

12:07 pm